# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CLAY MASSI,                          )<br>                                              )<br>     Plaintiff,                           )<br>                                              )<br>v.                                          )<br>                                              )<br>PHIL LOMONACO,              )<br>Law Offices of A. Philip Lomonaco )<br>                                              )<br>     Defendant.                        ) | No.  3:10-CV-258<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss filed by defendant Phil Lomonaco, the Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the defendant's motion to dismiss [Doc. 38] is **GRANTED;** that the plaintiff Clay Massi take nothing; that this action be **DISMISSED WITH PREJUDICE** on the merits; and that the defendant recover of the plaintiff Clay Massi his costs of action.

Dated at Knoxville, Tennessee, this _____ day of March 2011.

                                         s/ Patricia L. McNutt
                                         Clerk of Court